FILE COPY



# COURT OF APPEALS

| SANDEE BRYAN MARION | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
|---|---|---|
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 20, 2015

Michael Everett Heygood
Heygood Orr & Pearson
2331 W Northwest Hwy # 200
Dallas, TX 75220-4415
* DELIVERED VIA E-MAIL *

John C. Dulske
Law Offices of Dulske & Gluys, P.C.
10500 Heritage Blvd., Ste. 107
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Lorien Whyte
Brin & Brin, PC
6223 IH 10 West
San Antonio, TX 78201

Joseph Raymond Russo Jr.
Greer, Herz & Adams LLP
One Moody Plaza, 19th floor
Galveston, TX 77550-7947
* DELIVERED VIA E-MAIL *

* DELIVERED VIA E-MAIL *
Ira S. Lipsius
8002 Kew Gardens Road suite 1030
Kew Gardens, NY 11415

Keith A. Kendall
Davidson, Troilo, Ream & Garza
7550 W IH-10, Suite 800
San Antonio, TX 78229
* DELIVERED VIA E-MAIL *

* DELIVERED VIA E-MAIL *
Dan Pozza
Law Offices of Dan Pozza
239 East Commerce Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-13-00719-CV
           Trial Court Case Number:    2011-CI-17464
           Style:  American National Insurance Company
                  v.
           The Conestoga Settlement Trust, The RE Family Trust and Shea Ungar A/K/A
Hershey Ungar Trustee of the RE Family Trust

The Appellant's Unopposed Motion to Enter Mandate or, in the Alternative, Motion to Clarify the Prior Stay Order was Lifter when this Court Disposed of the Appeal has this date been received and filed in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219